## MOTION AND PROCEDURAL RULINGS

**2006-2139.   State v. Colon.**
Cuyahoga App. No. 87499, 2006-Ohio-5335. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for continuance of oral argument,

It is ordered that the motion is denied.

**2006-2250.   State v. Colon.**
Cuyahoga App. No. 87499, 2006-Ohio-5335. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for continuance of oral argument,

It is ordered that the motion is denied.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007-1646.   State ex rel. AT&T, Inc. v. McGraw.**
Franklin App. No. 06AP-1103, 2007-Ohio-3794.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### September 11, 2007

[Cite as *09/11/2007 Case Announcements,* 2007-Ohio-4647.]

## MOTION AND PROCEDURAL RULINGS

**2007-0140.   Barnes v. Univ. Hosp. of Cleveland.**
Cuyahoga App. Nos. 87247, 87285, 87710, 87903, and 87946, 2006-Ohio-6266. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellee Robert Barnes's motion to strike the supplement to appellants' brief,

It is ordered by the court that the motion is granted.

Appellants may file a new supplement within ten days of the date of this entry. The new supplement shall maintain the same pagination as the stricken supplement, but any portions of the supplement not part of the record shall be redacted.

**2007-1297.   State ex rel. Ortiz v. Franklin County Court of Common Pleas.**
Franklin App. No. 06AP-948, 2007-Ohio-3221. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion to supplement the record,

It is ordered by the court that the motion is denied.

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
### September 13, 2007

[Cite as *09/13/2007 Case Announcements,* 2007-Ohio-4673.]

## MOTION AND PROCEDURAL RULINGS

**2006-1914.   Groch v. Gen. Motors Corp.**
Certified Question of State Law, United States District Court, Northern District of Ohio, Western Division, No. 3:06-CV-1604. This cause is pending before the court on the certification of a state law question from the United States District court, Northern District of Ohio, Western Division. The